[No. 19553-4-II.    Division Two.    February 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN
BUTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 92-1-00186-1, Kenneth D. Williams, J., entered May 16, 1995. *Dismissed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 19609-3-II.    Division Two.    February 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER LEE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-00851-0, D. Gary Steiner, J., entered June 12, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 19686-7-II.    Division Two.    February 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW
MARC MALCOLM, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-1-00207-3, Kenneth D. Williams, J., entered July 5, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 19828-2-II.    Division Two.    February 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL
EUGENE IDLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-01569-9, Waldo F. Stone, J., entered July 26, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Seinfeld, J.